UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHELLE BROWN

VERSUS

S.L. NETTERVILLE
LOGGING, INC., ET AL

CIVIL ACTION

NO. 09-200-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated May 27, 2009 (doc. no. 9) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Plaintiff's Motion to Remand is GRANTED and this matter is REMANDED to the 20th Judicial District for the Parish of West Feliciana, State of Louisiana, for further proceedings.

Baton Rouge, Louisiana, this 26th day of June, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE